US DISTRICT COURT INDEX SHEET

















LLS

3:99-MC-156 NATL ELEVATOR INDUS V. THOMPSON

*1*

*CERTIF.*

AO 451 (Rev. 11/91 Certification of Judgment

FILED

99 MAR -1 PM 12: 39

# UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

'99 mc 0156

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY, et al

v.                                                          Case Number: 98-cv-3762

JAMES E. THOMPSON AND FRESNO ELEVATOR CORPORATION

I, Michael E. Kunz, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 12/11/98, as it appears in the records of this court, and that **no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed.**

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

MICHAEL E. KUNZ
Clerk

February 8, 1999
Date

Dennis Taylor
Deputy Clerk

---

_____*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†)Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUSTEES OF THE NATIONAL ELEVATOR :
INDUSTRY PENSION, HEALTH BENEFIT :
AND EDUCATIONAL FUNDS,

    Plaintiffs,

v.

JAMES E. THOMPSON

    and

FRESNO ELEVATOR CORPORATION

    Defendants.

CIVIL ACTION NO. 98-3762

FILED DEC 10 1998
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## JUDGMENT

In consideration of Plaintiffs' Motion for Judgment by Default and Memorandum in Support; Motion for Attorney's Fees and Costs and Memorandum and Statement in Support, and good cause having been shown, it is this 10th day of December, 1998;

ORDERED that both Motions are granted and Judgment is entered in favor of the Plaintiffs for the following obligations and amounts:

| | | |
|---|---|---:|
| Contributions Owed | - | $ 6,130.38 |
| Liquidated Damages | - | 1,226.08 |
| Judgment No. 91-4582 | - | 12,552.27 |
| Judgment No. 92-0842 | - | 5,270.04 |
| Interest | - | 4,313.77 |
| Attorney's Fees | - | 1,433.75 |
| Costs | - | 329.70 |
| Total | - | $ 31,255.99 |

JUDGMENT is hereby entered against the Defendant in the amount of $31,255.99.

    Louis C. Bechtle    J.

ENTERED: 12/11/98

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 2/8/99
ATTEST: Crystal Wardlaw
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CLERK OF COURT

```
UNITED STATES
DISTRICT COURT
Southern District of California
San Diego Division

# 046667 - A3
March 1, 1999

Code      Case #      Qty      Amount

CV886788                       20.00 CK


Total->                        20.00


FROM: CERTIFICATION OF JUDGEMENT
      TREIPHBEF VS THOMPSON
      CHECK 1578
```